# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HAROLD DELCHAM,

    Plaintiff,

v.                                              Case No. 6:21-cv-1505-WWB-LHP

GOVERNMENT EMPLOYEES
INSURANCE COMPANY INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal (Doc. 32), wherein Plaintiff stipulates to the dismissal without prejudice of all claims against Defendant. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case. However, the Court notes that, because this case is brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, any underlying settlement agreements are legally unenforceable. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982).

**DONE AND ORDERED** in Orlando, Florida on May 27, 2022.

*(signature)*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record